Patric A. Lester (SBN 220092)
PL@lesterlaw.com
Lester & Associates
5694 Mission Center Road, #358
San Diego, CA 92108
Phone: (619) 665-3888
Fax: (314) 241-5777

Attorney for Plaintiff David Vaccaro

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VACCARO, <br><br> Plaintiff, <br><br> vs. <br><br> STERLING JEWELERS, INC., an Ohio corporation d/b/a KAY JEWELERS <br><br> Defendant. | Case No.: **'12CV0924 W   WMc** <br><br> COMPLAINT <br><br> *47 U.S.C. §277* et seq <br><br> DEMAND FOR JURY TRIAL |

## INTRODUCTION

1. This is an action for actual damages, statutory damages, attorney fees and costs brought by an individual consumer, David Vaccaro, (hereinafter "Plaintiff") for Sterling Jewelers, Inc.'s d/b/a Kay Jewelers (hereinafter referred to as "Kay Jewelers" or "Defendant") violations of the Telephone Consumer Protection Act, *47 U.S.C. §277* et seq, (hereinafter "TCPA").[1] which prohibits the making of unconsented to phone calls to cell phones.

2. Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to Plaintiff, or to plaintiff's counsel, which Plaintiff allege on personal knowledge.

---

[1] All undesignated section references to *47 U.S.C. §277* are to the TCPA

3.     While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

## JURISDICTION AND VENUE

4.     This action arises out of Defendant's violations of the TCPA. As Defendant, at all times relevant herein, was doing business in the County of San Diego, State of California, at numerous different locations, and committed the acts that form the basis for this suit in the state of California, this Court has personal jurisdiction over Defendant for purposes of this action.

5.     Jurisdiction arises pursuant to *28 U.S.C. § 1337(a), and 47 U.S.C. §277 et seq.*

6.     Venue is proper in this Court pursuant to *28 U.S.C. § 1391(c)*.

## THE PARTIES

7.     Plaintiff is a natural person residing in Los Angeles County, California.

8.     Plaintiff is a "person" as defined by *47 U.S.C. §153(32)*.

9.     Defendant is believed to be an Ohio corporation with its principal place of business at 375 Ghent Road, Akron, Ohio 44333. Defendant Sterling can be served through its registered agent for service of process Dimche Kostrevski 38 South Hamilton Road, Columbus Ohio 43213.

10.    Defendant is, and at all times mentioned herein was a "person," as defined by *47 U.S.C. § 153(32)*.

## FACTUAL ALLEGATIONS

11.    Defendant has constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt with the intent to annoy, abuse and/or harass him.

12.    Beginning within the last four (4) years, and on multiple occasions since that time, Defendant contacted Plaintiff on his cellular telephones via an "automatic telephone dialing system," as defined by *47 U.S.C. §227(a)(1)*.

13.    During these telephone calls Defendant used "an artificial or prerecorded voice" as prohibited by *47 U.S.C. §227(b) (1) (A)*.

14.    These telephone calls constituted calls that were not for emergency purposes as

defined by *47 U.S.C. §227(b) (1) (A) (i)*.

15. Plaintiff did not provide prior express consent to receive calls on his cellular telephone, pursuant to *47 U.S.C. §227(b) (1) (A)*.

16. Defendant's misconduct in placing calls to Plaintiff's cell phone was willful and knowing, and the Court should treble the amount of statutory damages recoverable to Plaintiff pursuant to *47 U.S.C. §227(b)(3)(C)*.

17. These telephone calls by Defendant violated *47 U.S.C. §227(b) (1)*.

18. Plaintiff was harmed by the acts of Defendant including but not limited to causing Plaintiff to incur certain cellular telephone charges or reduce cellular telephone time for which Plaintiff previously paid.

19. Defendant knowingly and/or willfully violated *47 U.S.C. §227 et seq.*,

## FIRST CLAIM FOR RELIEF

### (Negligent Violations Of The Telephone Consumer Protection Act)

20. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

21. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above-cited provisions of *47 U.S.C. §227 et seq*.

22. As a result of Defendant's negligent violations of *47 U.S.C. §227 et seq.*, Plaintiff is entitled to an award of $500.00 in statutory damages for each and every violation, pursuant to *47 U.S.C. §227(b) (3) (B)*.

23. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## SECOND CLAIM FOR RELIEF

### (Knowing And/Or Willful Violations Of The Telephone Consumer Protection Act)

24. Plaintiff incorporates by reference all of the above paragraphs before his First Count for Relief as though fully stated herein.

25. The foregoing acts and omissions of Defendant constitute numerous and multiple

knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above-cited provisions of *47 U.S.C. §227 et seq*.

26. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. §227 et seq., Plaintiff is entitled to an award of $1,500.00 in statutory damages for each and every violation, pursuant to *47 U.S.C. §227(b) (3) (B)* and *47 U.S.C. §227(b) (3) (C)*.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant, and for Plaintiff, and pray for the following relief:

(1) Assume jurisdiction in this proceeding;;

(2) Declare that the Defendant violated the TCPA;

(3) Award of statutory damages of $1,500.00 for each and every knowing and/or willful violation of the TCPA, pursuant to *47 U.S.C. §227(b)(3)(B)* and *47 U.S.C. §227(b)(3)(C)*

(4) Award of statutory damages of $500.00 for each and every negligent violation of the TCPA, pursuant to *47 U.S.C. §227(b) (3) (B)*

(5) Such other and further relief this court may deem just and proper.

## TRIAL BY JURY

27. Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury.

Lester & Associates

April 16, 2012
Dated

*s/Patric A. Lester*
By Patric A. Lester
Attorney for Plaintiff,
David Vaccaro

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
DAVID VACCARO

## DEFENDANTS
STERLING JEWELERS, INC., an Ohio corporation d/b/a KAY JEWELERS

**(b)** County of Residence of First Listed Plaintiff: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'12 CV 0924 W    WMc

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patric A. Lester, Lester & Associates, 5694 Mission Center Rd. #358, San Diego, Ca., 92108    (619)-665-3888

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
47 U.S.C. §277 et seq  28:1331 - Federal Question (JMD)
Brief description of cause:
violations of the Telephone Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE: April 16, 2012
SIGNATURE OF ATTORNEY OF RECORD: /s/ Patric A. Lester

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE